UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00532-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZERHRENA ANN RICHARDS,

    Defendant.

_____

**ORDER OF TRANSFER**
_____

THIS MATTER comes before the Court *sua sponte*. In order to ensure that Defendant's sentencing hearing takes place in Durango, Colorado, this matter is subject to reassignment pursuant to D.C.COLO.LCrR 50.1.A. With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable James A. Parker, Senior District Judge for the District of New Mexico. The Clerk shall effect such transfer.

DATED this 22nd day of November, 2011.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge